## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THOMAS I. ROBINSON JR. & INGE G. THULIN,

            Respondents

v.

JAMES A. GORDON & JAG ASSOCIATES "1", LLC,

            Petitioner

PETITION OF: JAMES A. GORDON

:  No. 577 EAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.